Fill in this information to identify the case:

Debtor Name __Continuous Cast Alloys LLC__

United States Bankruptcy Court for the: Northern District of Illinois

Case number: __23-04469__

☐ Check if this is an
amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: __April 2023__          Date report filed: __05/25/2023__
                                                    MM / DD / YYYY

Line of business: __Foundry__          NAISC code: __33152__

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:          Jason Fowler, Member Manager

Original signature of responsible party

Printed name of responsible party          Jason Fowler

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*. | | | |
| 1. | Did the business operate during the entire reporting period? | ☐ | ☑ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☑ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*. | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☑ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Continuous Cast Alloys LLC                                    Case number  23-04469

17. Have you paid any bills you owed before you filed bankruptcy?    ☑  ☐  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous
    month. If this is your first report, report the total cash on hand as of the date of the filing of this case.    $ _____78.72

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all
    cash received even if you have not deposited it at the bank, collections
    on receivables, credit card deposits, cash received from other parties, or loans, gifts, or
    payments made by other parties on your behalf. Do not attach bank statements in
    lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ _____334.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the
    date paid, payee, purpose, and amount. Include all cash payments, debit card
    transactions, checks issued even if they have not cleared the bank, outstanding
    checks issued before the bankruptcy was filed that were allowed to clear this month,
    and payments made by other parties on your behalf. Do not attach bank statements
    in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    − $ _____975.90

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.    + $ _____-641.90
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.    = $ _____-563.18

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that
    have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ _____0.00

    *(Exhibit E)*

Debtor Name  Continuous Cast Alloys LLC

Case number  23-04469

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**

$ 121,417.43

(Exhibit F)

## 5. Employees

26. What was the number of employees when the case was filed?

0

27. What is the number of employees as of the date of this monthly report?

0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?

$ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?

$ 0.00

30. How much have you paid this month in other professional fees?

$ 0.00

31. How much have you paid in total other professional fees since filing the case?

$ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 0.00 | − | $ 0.00 | = | $ 0.00 |
| 33. **Cash disbursements** | $ 0.00 | − | $ 0.00 | = | $ 0.00 |
| 34. **Net cash flow** | $ 0.00 | − | $ 0.00 | = | $ 0.00 |

35. Total projected cash receipts for the next month:

$ 0.00

36. Total projected cash disbursements for the next month:

- $ 0.00

37. Total projected net cash flow for the next month:

= $ 0.00

Debtor Name  Continuous Cast Alloys LLC

Case number 23-04469

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>Continuous Cast Alloys LLC,<br><br>　　　　Debtor. | Honorable Deborah L. Thorne<br><br>Case No. 23-04469<br><br>Subchapter V-Chapter 11 |

**EXHIBITS TO DEBTOR'S MONTHLY OPERATING
REPORT FOR APRIL 2023**

## Exhibit A

Line 1:    The Debtor is a custom manufacturer of premium nickel and cobalt based alloys for the dental, electrode and rod, jewelry, powder, and wire sectors.  The Debtor formerly operated a production facility located at 100 Quarry Road, Rochelle, Illinois (the "Building").  The Debtor has been evicted from the Building by is former landlord, Errett Warehousing LLC ("Errett"), and the valuable production machinery and equipment at the core of its business operations is currently in the possession of Errett and/or Errett's new tenant at the Building.  The Debtor did not carry on its normal business operations during the reporting period.

Line 2:    The Debtor does not foresee a return to normal business operations during the next month.  Any eventual resumption of operations will depend, in part, upon the outcome of the pending adversary action (Case No. 23-ap-00093, the "Adversary Action") between the Debtor and Errett and certain other defendants regarding ownership and possession and control of the equipment and other personal property used in the Debtor's business.

Line 3:    The Debtor is no longer incurring any regular bills (no utilities, vendors, etc.), but may have received various bills for mostly prepetition obligations, which have gone unpaid, except as otherwise noted herein.

Line 5:    The Debtor has not yet opened a DIP account, but will promptly do so.  The Debtor has not received any payments, except as otherwise noted herein.

Line 6:    The Debtor's most recent annual tax return filed was for tax year 2021.  The Debtor's tax accountant may have filed for an extension to file the 2022 return; investigation continues.  The debtor is not aware of any post-petition taxes incurred or filing obligations.

**Exhibit B**

Line 10:    The Debtor has two open bank accounts that are not DIP accounts, statements for which are included in this MOR (Huntington Bank acct. 5434, and Wintrust Bank acct. 7059).  The Debtor will promptly open a DIP account.

Line 15:    As shown in the attached Wintrust checking account statement, on April 20, 2023, an automatic cash management transfer credit from non-debtor affiliate Hy-Quality Alloys was made into Debtor's Wintrust checking account in the amount of $334 to cover Debtor's checking account overdraft.

Line 17:    As shown in the attached Huntington Bank checking account statement, on April 7, 2023, an automatic debit of $67.09 was deducted from Debtor's account to pay the Rochelle, Illinois electric utility provider.

**Exhibit C**

Cash Receipts:

| Wintrust Bank Checking Account 7059 | | |
|---|---|---|
| April 20 | Automatic cash management transfer credit from non-debtor affiliate Hy-Quality Alloys to cover checking account overdraft | $334.00 |
| **Total:** | | **$334.00** |

**Exhibit D**

Cash Disbursements:

| | | |
|---|---|---|
| **Wintrust Bank Checking Account 7059** | | |
| April 19 | Maintenance fee | $15.00 |
| April 20 | Preauthorized automatic debit to IPFS (insurance premium financing company) of personal property insurance premium | $319.96 |
| **Wintrust Bank subtotal:** | | **$334.99** |
| **Huntington Bank Checking Account 5434** | | |
| April 7 | Rochelle electrical utility automatic payment | $67.09 |
| April 10 | Returned NSF item fee | $36.00 |
| April 11 | Returned NSF item fee | $36.00 |
| April 12 | Returned NSF item fee | $36.00 |
| April 17 | Online payment center fees | $55.00 |
| April 17 | Remote deposit capture fees | $30.00 |
| April 17 | ACH origination fees | $11.25 |
| April 17 | Wire transfer fees (incoming) | $180.00 |
| April 17 | Wire transfer fees (outgoing) | $91.00 |
| April 17 | Statement charge | $5.00 |
| April 17 | Monthly service fee | $30.00 |
| April 17 | Business online service fees | $27.60 |
| April 26 | Returned NSF item fee | $36.00 |
| **Huntington Bank subtotal:** | | **$640.94** |
| | | |
| **Total:** | | **$975.93** |



# HINSDALE BANK®
### & TRUST COMPANY, N.A.

A WINTRUST COMMUNITY BANK

9801 W. Higgins, Box 32, Rosemont, IL 60018



| | | Last Statement: | March 31, 2023 |
|---|---|---|---|
| | | Statement Ending: | April 28, 2023 |
| | | Page: | 1 of 2 |

### Customer Service

**Customer Support:**
630-323-4404

**Branch Hours of Operation:**
Mon-Fri  8:30 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

**Access Your Account Online:**
www.hinsdalebank.com

23548 TWS289HT042923084055 01 000000000 6 003

CONTINUOUS CAST ALLOYS LLC
100 QUARRY RD
ROCHELLE IL 61068-3510

## Important Message

*Did you know? Keeping funds in your account helps us understand that you may want to keep your account open. We will generally close an account that maintains a zero balance for thirty (30) consecutive days.*

| ENTREPRENEUR CHECKING | Account Number: | XXXXXX7059 |
|---|---|---|

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 04/01/23** | **$1.06** |
| + Deposits and Credits (1) | $334.00 |
| - Withdrawals and Debits (1) | $319.96 |
| **Ending Balance as of 04/28/23** | **$0.10** |
| Analysis or Maintenance Fees for Period | $15.00 |
| Number of Days in Statement Period | 28 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Apr 19 | MAINTENANCE FEE | -$15.00 |
| | ANALYSIS ACTIVITY  FOR 03/23 | |
| Apr 20 | PREAUTHORIZED DEBIT | -$319.96 |
| | IPFS866-412-2426 IPFSPMTILC 230420 301658 | |



## Credits

| Date | Description | Additions |
|---|---|---|
| Apr 20 | CASH MGMT TRSFR CR | $334.00 |
| | REF 1100808L FUNDS TRANSFER FRM DEP XXXXX7742 FROM | |

**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

# HINSDALE BANK®
## & TRUST COMPANY, N.A.

A WINTRUST COMMUNITY BANK

9801 W. Higgins, Box 32, Rosemont, IL 60018

| | Daily Balances | | | | | |
|---|---|---|---|---|---|---|

| Date | Balance | Date | Balance | Date | Balance | |
|---|---|---|---|---|---|---|
| Mar 31 | $1.06 | Apr 19 | -$13.94 | Apr 20 | $0.10 | |

23548 0074830 0002-0002 00000000000000000



THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



CONTINUOUS CAST ALLOYS, LLC
100 QUARRY RD
ROCHELLE IL 61068-3510

Have a Question or Concern?

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## *Huntington Accelerated Business Checking*     *Account: -------5434*

| Statement Activity From:<br>04/01/23 to 04/30/23 | | Beginning Balance | $77.66 |
|---|---|---|---|
| | | Debits (-) | 67.09 |
| | | Electronic Withdrawals | 67.09 |
| Days in Statement Period | 30 | Total Service Charges (-) | 573.85 |
| | | Ending Balance | $563.28- |
| Average Ledger Balance* | 254.60- | | |
| Average Collected Balance* | 254.60- | | |
| * The above balances correspond to the<br>service charge cycle for this account. | | | |

*Interest paid last year  $1.26*

## *Other Debits (-)*                                            *Account:-------5434*

| Date | Amount | Description |
|---|---|---|
| 04/07 | 67.09 | ROCHELLE IL ROCHELLE  230406 1119279 |

## *Service Charge Detail*                                   *Account:-------5434*

| Date | Service Charge (-) | Waives and Discounts (+) | Description |
|---|---|---|---|
| 04/10 | 36.00 | | RETURNED NSF ITEM FEE |
| 04/11 | 36.00 | | RETURNED NSF ITEM FEE |
| 04/12 | 36.00 | | RETURNED NSF ITEM FEE |
| 04/17 | 55.00 | | ONLINE PAYMENT CENTER FEES |
| 04/17 | 30.00 | | REMOTE DEPOSIT CAPTURE FEES |
| 04/17 | 11.25 | | ACH ORIGINATION FEES |
| 04/17 | 180.00 | | WIRE TRANSFER FEES (INCOMING) |
| 04/17 | 91.00 | | WIRE TRANSFER FEES (OUTGOING) |
| 04/17 | 5.00 | | STATEMENT CHARGE |
| 04/17 | 30.00 | | MONTHLY SERVICE FEE |
| 04/17 | 27.60 | | BUSINESS ONLINE SERVICE FEES |
| 04/26 | 36.00 | | RETURNED NSF ITEM FEE |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned
subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC.  ⦿, Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington
Bancshares Incorporated. The 24-Hour Grace ® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others
pending. ©2023 Huntington Bancshares Incorporated.



## Service Charge Summary

*Account:-------5434*

| | |
|---|---|
| **Previous Month Service Charges (-)** | **$429.85** |
| Other Charges (-) | 144.00 |
| **Total Service Charges (-)** | **$573.85** |

## Balance Activity

*Account:-------5434*

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 03/31 | 77.66 | 04/11 | 61.43- | 04/26 | 563.28- |
| 04/07 | 10.57 | 04/12 | 97.43- | | |
| 04/10 | 25.43- | 04/17 | 527.28- | | |

---

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

   1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).

   2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

   3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.



**IMPORTANT  INFORMATION  ABOUT  YOUR  TREASURY  MANAGEMENT  SERVICES  AGREEMENT**

If you have Treasury Management Services through Business Online (e.g., Account Reconcilement, Automated Clearing House ("ACH"), Automated Sweep, Business Security Suite, Cash Deposit and Fulfillment, Controlled Disbursement, eBill Present & Pay, Electronic Deposit, Information Reporting, Lockbox Services, Wire Transfer, Zero Balance Accounting, etc.) please know that unless otherwise agreed upon, changes have been made to the Treasury Management Services Agreement.  A complete copy of your updated and restated agreement effective May 1, 2023, can be viewed at www.huntington.com/TMServiceAgreement.

Changes to the Treasury Management Services Agreement (the "Agreement") are as follows:

1.  Page 1:  "Payment Center (submit via Digital Tool):" now states, "Two unique User IDs assigned to two unique users. User ID #1 used to enter the payment request and User ID #2 subsequently used to approve the Payment Order request."

2.  PART IV. AUTOMATED SWEEP SERVICES. Typos have been corrected on page 12, Part IV, Section 2.C. and the last two sentences of Part IV, Section 3.A.2 have been deleted.

3.  PART VI: CASH VAULT AND FULFILLMENT SERVICES.

In Section 1, "Additionally, we may provide a courier ("Provider") to pick up Deposits and/or deliver Orders", has been added as the second sentence in the first paragraph.  The second paragraph now states (additional/modified language italicized), "In addition, you may place Deposits into a Safe on your premises, the contents of which will be delivered to our Vault by us or the Vendor.  As used herein, a "**Safe**" is a safe that utilizes "smart safe" technology, which you must obtain from an approved third party or us.  *You are responsible for any loss or theft of the Deposit until received by our Provider or our Vault.* "

In Section 1.B. Orders, the last three sentences are restated (additional/modified language italicized) as "Orders will be debited from your Account on the Business Day such coin and currency is available for release from the Vault to your Vendor.  *Where you contract directly with a Vendor*, we are not liable for any loss or delay in delivery of Orders and are not a guarantor of any delivery day or time."

In Section 2, the first sentence is restated (additional/modified language italicized) as, "Huntington provides coin and currency ordering via the telephone *or on-line* as part of its Vault Services."

In Section 3, second paragraph entitled "Service Term; Termination of SafeCash Manager", the last three sentences are restated as "*You are obligated to use our Provider to de-install and return if the Safe(s)  is owned by us. Where Safe(s)  are owned by us, the Safe(s)  must be returned to us by our Provider after termination of SafeCash Manager.*  You are responsible for all costs associated with de-installing of the Safe(s) (freight, replacement parts, labor, deletion of custom information) which are billed to you."